ABELSOHN'S, INC., ET AL., PLAINTIFFS-RESPONDENTS, v.
NEW JERSEY STATE BOARD OF OPTOMETRISTS, ET
AL., DEFENDANTS-PETITIONERS.

See same case below: 3 *N. J. Super.* 332.

*Mr. Theodore D. Parsons,* Attorney General, and *Mr. Henry
F. Schenk* for the petitioners.

May 15, 1950.   Granted.